property was obtained through the use of an American Express Company credit card issued to one Meyer Odence.

Appellant contends that the initiation of this prosecution by information rather than by grand jury indictment was in violation of the Fifth Amendment; that the trial judge committed prejudicial error by commenting on the evidence during his charge to the jury; that the evidence did not establish his guilt as to each separate count of the information; and that the sentence imposed on him after his conviction at the second trial was improper because it exceeded the sentence imposed at the first trial. See North Carolina v. Pearce, 395 U.S. 711, 89 S.Ct. 2072, 23 L.Ed.2d 656 (1969).

We have carefully considered each of appellant's arguments and find them to be without merit. The judgment of the district court will, therefore, be affirmed but without prejudice to appellant to file a motion in the district court for reduction of sentence. See Government of Virgin Islands v. Turner, 409 F.2d 102 (C.A.3, 1969).

Arch J. Alexander, Jr., Marmet, W. Va., and John S. Haight, Charleston, W. Va., on brief for appellants.

Edward W. Eardley, Carl F. Stucky, Jr., and Steptoe & Johnson, Charleston, W. Va., on brief for appellee.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

This wrongful death action was removed to the district court by defendant by reason of diversity of citizenship. Plaintiffs' decedent was killed when, in an intoxicated condition, he stepped into an interstate highway and was struck by defendant's vehicle, being operated at a lawful speed. Defendant had sounded his horn to indicate his presence but he was unable to stop his vehicle or to swerve to avoid hitting plaintiffs' decedent when the latter failed to heed the warning. The case was tried before a jury. At the close of all the evidence, the district judge granted defendant's motion for a directed verdict.

We perceive no error, and agree with the district judge that under no view of the evidence were plaintiffs entitled to recover. We, therefore, decline oral argument.

Affirmed.

**Lorena Mae SISSON, Administratrix of the Estate of Thomas Henry Sisson, and Lorena Mae Sisson, Appellants,**

v.

**James P. WETENKO, Appellee.**

**No. 13857.**

United States Court of Appeals, Fourth Circuit.

March 24, 1970.